IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| John West and James Fleener, individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | **ORDER** |
| vs. | ) ) | |
| Bullrock, LLC, | ) ) | Case No. 1:19-cv-214 |
| Defendants. | ) | |

The court held at status conference with the parties by telephone on July 28, 2021. Pursuant to its discussion with the parties, the court **ORDERS**:

1. The final pretrial conference scheduled for September 14, 2021, shall be rescheduled for September 13, 2022, at 9:00 AM before the magistrate judge by telephone. To participate in the conference, the parties should call (877) 810-9415 and enter access code 8992581.

2. The jury trial set for September 27, 2021, shall be rescheduled for September 26, 2022, at 9:00 AM in Bismarck before Judge Traynor. A five (5) day trial is anticipated.

Dated this 28th day of July, 2021.

*/s/ Clare R. Hochhalter*
Clare R. Hochahlter, Magistrate Judge
United States District Court